*FILED*

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

*VRW*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*(PR)*

SAMMY L. PAGE,

Plaintiff,

vs.

Schwarzenegger, et al.,

Defendant.

CV CASE NO. **08  2184**

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, **SAMMY L. PAGE**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _Last employment Prior to imprisoned 1985, at MC_

5  _Donald's restaurant, for minimum wage every two_

6  _weeks, don't recall Salary for this Period._

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or                      Yes ____ No ✓

10            self employment

11     b.    Income from stocks, bonds,                   Yes ____ No ✓

12            or royalties?

13     c.    Rent payments?                                Yes ____ No ✓

14     d.    Pensions, annuities, or                       Yes ____ No ✓

15            life insurance payments?

16     e.    Federal or State welfare payments,            Yes ____ No ✓

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                                 Yes ____ No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support. (NOTE:

3          For minor children, list only their initials and ages. DO NOT INCLUDE

4          THEIR NAMES.).

5    _____ *none.* _____

6    _____

7    5.    Do you own or are you buying a home?        Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?        Yes ____ No ✓

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ *.00* _____

17   Do you own any cash?  Yes ____ No ✓ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____ No ✓

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ *00* _____ Utilities: *00.* _____

23   Food: $ *00* _____ Clothing: *00* _____

24   Charge Accounts:

25   Name of Account        Monthly Payment        Total Owed on This Acct.

26   *none* _____  $ *00* _____  $ *00* _____

27   _____ $ _____  $ _____

28   _____ $ _____  $ _____9.    Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are

2  payable. Do not include account numbers.)

3  _____ none _____

4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____ No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court. **(1)**

13      I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  April 21, 08            Sammy L. Poge

17  DATE                    SIGNATURE OF APPLICANT

18

19  (1) The additional requirement of PLRA's forma

20  Pauperis must provide copies of prisoner trust

21  fund account statement 1915(a)(2), and 1915(b),

22  does not apply to Page civilly committed under

23  SVPA. PAGE V Torrey, 201 F.3d 1136, 39, 40 (9th Cir.

24  2000).

25

26

27

28