Sammy L. Page, CO-86-9
P.O. Box 5003, Unit Three Rm. 2
24511 West Jayne Ave.
Coalinga CA 93210          E-filing

RECEIVED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VRW (PR)

United States District Court
Northern District of California

| | |
|---|---|
| Sammy L. Page, | CV 08 2184 |
| Plaintiff, | Ex Parte Motion to |
| v | Proceed In Forma |
| Arnold Schwarenegger, et al., | Pauperis, Proposed |
| Defendants | / Order. Civil L.R. 3-10 |

Plaintiff wishing to authorize prosecution of the Title 42 U.S.C. section 1983 action that challenge "Constitutionality" of SVPA on face, without payment of fees or security. Plaintiff concurrently filed Complaint Appendixs, application to proceed in forma pauperis on a Northern District required form Rev. 2/05.

Because Page civilly committed under Welfare and Institution Code sec. 6600 et al, PLRA requirements of 1915(a)(2), 1915(b) or must provide copies of prisoner trust fund account statement, does not apply to Page. see PAGE v Torrey, 201 F.3d 1136, 39-40 (9th Cir. 2000).

Page request leave be granted.
Dated: April 21, 08                    *Sammy L. Page*
                1 of 2                 Sammy L. PAGE

United States District Court
Northern District of California

| | |
|---|---|
| SAMMY L. PAGE, | No. |
| Plaintiff, | [Proposed] Order |
| v | Granting Applicat- |
| Arnold Schwarenegger, et al., | ion To Proceed In |
| Defendants | Forma Pauperis |

Upon ex parte motion of Plaintiff and for good cause shown, Permission is granted to proceed in forma Pauperis and releaved of 1915(a)(2), 1915(b) requirements.

IT IS SO ordered.

Dated:

_____
United States District Judge

2