SAMMY L. PAGE, C0-86-9
P.O. Box 5003, unit Three Rm.2
24511 West Jayne Ave
Coalinga CA 93210



E-filing

United States District Court
Northern District of California

SAMMY L. PAGE,                         CV no. 08    2184
    Plaintiff,                  Ex Parte Motion,
    V                            Declaration, Proposed
Arnold Schwarenegger, et al.,   Order
    Defendants       /

    Pursuant to Civil L.R. 7-10, FRCP 6(d), Plaintiff hereby requests the Court to expedite the Civil Rights Complaint pursuant to 42 U.S.C. section 1983 seeking _equitable_ relief concurrently filed with ex parte motion to proceed in forma pauperis. FRCP 1 and 93 Amendments eff. Dec 1, 93. Celotex Corp. v Catrett, 477 U.S. 317, 327 (86). The FRCPs are designed "to secure the just and inexpensive determation of every action."
    Good Cause is set forth in the accompanying Declaration. 28 U.S.C. section 1657.
    Dated: April 21, 08

                            Sammy L. Page
                            SAMMY L. PAGE

2

Declaration re: EXParte Motion

I, SAMMY L. PAGE, declare under penalty of perjury as follows:

1. I am the Declarant and Plaintiff in this action.

2. Declarant April 21, 87, sentence to 23 years and four month Determinate Term from Alameda County Superior court and his parole date Dec 18, 97. Prior to that expiration, 11-17-97, the Alameda County District Attorney filed Petition to Commit under welfare and Institution code SVPA, because of stale sex offense history with Paraphilia. That disorder raise serious questions whether the disorder satisfy Substantive due process since 97 and recent authority instructive on that.

3. Wrongful incarceration indefinitely solely on stale offense (71, 77, 85) over six months absent "Proof present mental condition" such as Declarant continues to suffer is one of the most fundamental kinds of irreparable harm imaginable, and constitutes good cause for the expedited treatment in this action.[2]

Executed under penalty of perjury on this April 24, 08

Sammy L. Page
SAMMY L. PAGE

(1) nos-nonconsent diagnosis psychiatric commun-
(2) P2 fn 2

ity does not recognize.
(2) A scheduled trial under Prop. 83, attach Jeopardy twice after his Prior conviction 86 and Paraphilia trial 04, by Judge and state's first witness sworn 5-11-04, Committed 5-17-04.

4

United States District Court
Northern District of California

SAMMY L. PAGE,                    No.
         Plaintiff,               [Proposed] Order
    v                             Granting Ex Parte
Arnold Schwarenegger, et al.,     Motion
         Defendants

Upon ex parte motion of Plaintiff and for good cause shown, to expedite is granted and following schedule set by court:

IT IS SO ordered.
Dated:

                              _____
                              United States District Judge