SAMMY L. PAGE, CO-86-9
P.O. Box 5003, Unit Three Rm. 2
24511 West Jayne Ave.
Coalinga CA 93210


Original
FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 12, 08

Document to Clerk, for Exparte Delivery to Vaughn R. Walker, Chief Judge northern District Court

Re: PAGE v Schwarzenegger, et al.,
CV-08-2184-VRW

Dear Judge Walker:

The following has been filed April 28, 08:

(1) Application To Proceed In Forma Pauperis P1-4;

(2) Original and Chambers Copy Exparte Motion To Proceed In Forma Pauperis, Proposed Order Civil L.R. 3-10 P1-2;

(3) Original Complaint Under Civil Rights Act 42 U.S.C. sec. 1983 P1-17 Appendix A-N;

(4) Exparte Motion, Declaration, Proposed Order P1-4 Original and Chambers Copy."

Despite that, May 12, 08 Page received from Deputy Clerk's Notice filed April 28, 08 re Completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days.

1 of 2

(1) Appendix A

Page request Judicial notice of nos. 1 & 2, the court will see PLRA's requirement of 1915(a)(2), 1915(b) does not apply to Page under Page v Torrey, 201 F.3d 1136, 1139-40 (9th Cir. 2000).

Sincerely,
*Sammy L. Page*
SAMMY L. PAGE

SLP:cc

2

April 21, 08

TO: Clerk, enclosed in the following order:

   (1) Application To Proceed In Forma Pauperis P1-4;

   (2) Original and Champers copy Ex Parte Motion To Proceed in forma Pauperis, Proposed Order Civil L.R. 3-10 P1-2;

   (3) Original Complaint under Civil Rights Act 42 U.S.C. sec. 1983 P1-17 Appendix A-N;

   (4) Ex Parte Motion, Declaration, Proposed order P1-4 original and Champers copy.

                             *Sammy L. Page*
                             SAMMY L. PAGE

SLP: cc

Appendix A