

FILED
08 MAY 27 PM 2:32
RICHARD ...
CLERK ...
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

SAMMY L. PAGE, CO-86-9
P.O. Box 5003, Unit Three Rm. 2
24511 West Jayne Ave
Coalinga CA 93210

United States District Court
Northern District of California

| | |
|---|---|
| SAMMY L. PAGE, | No. CV-08-2184-VRW |
| Plaintiff, | Notice Claim of Un- |
| V | Constitutionality. |
| Schwarenegger, et al., | Civil L.R. 3-8(b) |
| Defendants / | |

Plaintiff files this notice drawing into question the Constitutionality of a state statute in the following respects:

(1) The main diagnostic characteristic of Paraphilia Criterion A,[(1)] to employ the Act's terminology against plaintiff and similarly situated. S.B. 1128, Ch. 337, sec. 53, 62; Prop. 83, sec. 24, 6600, subd. (a)(1) eff. Sept 20, 06, and again on Nov 8, 06. The basis for the claim this Criterion raises questions about the disorder's ability to satisfy substantive due process, because it may be that every criminal convicted of a sexual crime could be diagnosed with the disorder;

1 of 3

(1) 302.9 DSM-IV-TR (2000) P.566, 577

(2) The state statute on its face and as applied unconstitutional. W&I C. sec. 6603(C). Stats. 2000, c. 420 (S.B. 2018) sec. 2. The basis for the claim individuals who does not voluntary submit, statute compel interviews for purposes of update evaluations violates First Amendment against right to speak freely and the right to refrain from speaking at all; Fifth Amendment right to silence and against sactions for remaining silent;

(3) California's Statute. S.B. 1128, Ch. 337, sec. 55; Prop. 83, sec. 1, 2(h), 31, 27 6604. The basis for the claim violates Fifth Amendment, Equal Protection Clause Prohibition against being twice put in Jeopardy. Jeopardy attaches in 71, 77, 86 when Jury empaneled,[2] sworn, convicted; 04 Paraphilia bench trial, when May 11, 04 Judge receive evidence, Committed May 17, 04. Threat of trial under S.B. 1128; Prop. 83, supra., Jeopardy attaches twice.

(2) alternate(s)
5-22-08

Sincerely
*Sammy L. Page*
SAMMY L. PAGE

2

Case no. CV-08-2184-VRW
Certificate of Service

I, SAMMY L. PAGE, is the Plaintiff and over 18 years of age and served copy notice claim of unconstitutionality by first class mail to Edmund G. Brown JR., Attorney General 455 Golden Gate Ave, suite 11000 San Francisco CA 94102

Executed under penalty of perjury, this May 22, 08

*Sammy L. Page*
SAMMY L. PAGE

SAMMY L. PAGE, Co-86-9
P.O. Box 5003, Unit Three Rm. 2
24511 West Jayne Ave
Coalinga CA 93210

United States District Court
Northern District California
450 Golden Gate Ave
San Francisco CA 94102-3483