IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMMY L. PAGE,                                              No. C 08-2184   VRW

      Plaintiff,

  v.                                                                **JUDGMENT IN A CIVIL CASE**

ARNOLD SCHWARZENEGGER,, et al.,

      Defendant(s).
_____/

    ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal filed May 30, 2008, judgment is entered in favor of Defendants.

Dated:  May 30, 2008                                                Richard W. Wieking, Clerk

                                                                           By: *Cora Klein*
                                                                        Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Page,

          Plaintiff,

  v.

Schwarzenegger, et al,

          Respondent.
                                                /

Case Number: C08- 2184   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sammy L. Page
CO-86-9 CDC #D Unite Three Rm. 2
P.O. Box 5003
24511 West Jayne Ave
Coalinga, CA 93210


Dated: May 30, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

*Cora Klein*