SAMMY L. PAGE, CO-86-9
P.O. Box 5003, Unit Three Rm. 2
24511 West Jayne Ave
Coalinga CA 93210



United States District Court
Northern District of California

| | |
|---|---|
| SAMMY L. PAGE, | No. C08-2184-VRW |
| Plaintiff, | Motion for a new Trial |
| v | FRCP 59; Proposed order |
| Schwarzenegger, et al., | HD: July 8, 08 |
| Defendants | Time: 10: A.M. |
| | Dept: 6 |

Per order of dismissal filed 5-30-08. Plaintiff request new trial. Huftile v Miccio-Fonseca, 410 F.3d 1136 (9th Cir. 05), does not bar Plaintiff's claim for "prospective injunctive" relief that would prevent Defendants from inflicting further injury upon him. Id., at 1141.[1]

Plaintiff therefore should be granted new trial and allowed to proceed to the merits of constitutional claims.

Dated: June 4, 08

    Sammy L. Page
    SAMMY L. PAGE

(1) Wholly prospective. See Wooley v Maynard, 430 U.S. 705, 711 (77)

United States District Court
Northern District of California

SAMMY L. PAGE,                   NO. C08-2184-VRW
      Plaintiff,                 [Proposed] order
      v
Schwarzenegger, et al
      Defendants /

Good Cause appearing, motion for new trial granted, granted with respects to motions moot also.

So ordered

_____

Case No. CV-08-2184-VRW
Certificate of Service

I, SAMMY L. PAGE, is the Plaintiff and over 18 years of age and served copy Motion for a new Trial to Edmund G. Brown JR., Attorney General 455 Golden Gate Ave, Suite 11000 San Francisco CA 94102

Executed under penalty of perjury, this June 4, 08

*Sammy L. Page*
SAMMY L. PAGE

Sammy L. Page, Co-86-9
P.O. Box 5003, Unit Three Rm. 2
24511 West Jayne Ave
Coalinga CA 93210

United States District
Court Northern District
450 Golden Gate Ave
San Francisco CA 94102