Sammy L. Page, CO-86-9
P.O. Box 5003, Unit Three Rm. 2
24511 West Jayne Ave
Coalinga CA 93210

FILED

JUN   9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| Sammy L. Page,<br>           Plaintiff,<br><br>          V<br>Schwarzenegger, et al.,<br>          Defendants        / | No. CO8-2184-VRW<br>Supplemental re:<br>Motion for a new<br>Trial FRCP 59 ser-<br>ved June 4, 08<br>HD: July 8, 08<br>Time: 10: A.M.<br>Dept: 6 |

Inadequate Remedies at Law
   Plaintiff has filed numerous Petitions,
motions, appeals Pretrial and after Commitment
trial, Challenging various aspects of SVPA Pro-
Ceedings:
      (1) 12-30-98 filed, and denied 4-9-99 No. A0
85310;
      (2) 3-6-2000 and denied 3-16-2000 No. A09
0237;
      (3) 6-6-2000 and denied 7-19-2000 No. A09
1355;

1 of 4

(4) 4-25-03 and denied 4-30-03 no. A1023
65;

(5) 5-12-03 and denied 5-15-03 no.A102536;

(6) 10-23-03 and denied 10-30-03 no. A10
4297;

(7) 4-16-99 and denied June 23,99 no.507
8197;

(8) Oct 18, 02 and denied 12-12-02 no.5111108;

(9) June 5,03 and denied oct 1,03 no. 5116
436;

(10) June 16,03 and denied July 9,03 no.511
6709;

(11) 8-12-02 and denied 4-16-03 no.5109110;

(12) 5-29-03 and denied 10-1-03 no. 5116255;

(13) 7-27-05 and denied Sept 21,05 no.5135936;

(14) Oct 23, 07 and denied oct 29,07 superior
court no. 131518;

(15) Mot Recall Remittitur 1-14-08 and denied
1-22-08 no. A106571.

northern District Court and ninth circuit:

(1) 00-17479;

(2) 03-16237;

(3) 04-16771;

(4) 05-16459;

(5) 05-16605;

2

(6) 05-16745;
(7) 05-15068;
(8) 06-15304;
(9) C05-4141-VRW.

All 2241 federal habeas sua sponte denied under Younger v Harris, 401 U.S. 37(71), Carden v Montana, 626 F.2d 82(9th Cir. 80); CoA denied under abstention; except No.05-16459 and C05-4141-VRW a 2254. O'shea v Littleton, 414 U.S. 488, 502(74)(basic requisites the inadequacy of remedies at law.) order of Dismissal filed 5-30-08 P1:24-25, P2:12-13.[1]

June 5, 08                  Sammy L. Page
                            SAMMY L. PAGE

(1) Wooley v Maynard, 430 U.S. 705, 710(77)

Case No. CV-08-2184-VRW
Certificate of Service

I, SAMMY L. PAGE, is the Plaintiff and over 18 years of age and served supplemental re: Mot. for a new Trial to Edmund G. Brown JR., Att. General 455 Golden Gate Ave, Suite 11000 San Francisco CA 94102

Executed under Penalty of Perjury this June 5, 08

Sammy L. Page
SAMMY L. PAGE

4.