IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY L PAGE,<br><br>  Plaintiff(s),<br><br>vs<br><br>ARNOLD SCHWARZENEGGER, et al,<br><br>  Defendant(s). | No C 08-2184 VRW (PR)<br><br>ORDER<br><br>(Docket # 10 & 11) |

  Plaintiff's motion for a new trial under Federal Rule of Civil Procedure 59 (docket # 10 & 11) is construed as a Rule 59(e) motion for reconsideration of the court's May 30, 2008 order of dismissal and DENIED for lack of merit.  See McDowell v Calderon, 197 F3d 1253, 1255 (9th Cir 1999) (en banc) (motion for reconsideration under Rule 59(e) "should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the law"); see also Twentieth Century - Fox Film Corp v Dunnahoo, 637 F2d 1338, 1341 (9th Cir 1981) (motions for reconsideration are not a substitute for appeal or a means of attacking some perceived error of the court).

  SO ORDERED.

                VAUGHN R WALKER
                United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Page, S1.or2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAMMY L PAGE,

        Plaintiff,

  v.

ARNOLD SCHWARZENNEGGER et al,

        Defendant.
                                       /

Case Number: C08-2184 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sammy L. Page CO-86-9 CDC# D-
Unite three Rm. 2
P.O. Box 5003
24511 West Jayne Ave.
Coalinga, CA 93210

Dated: June 30, 2008

                                       Richard W. Wieking, Clerk
                                       By: Cora Klein, Deputy Clerk

*Cora Klein*